1  Carolyn H. Cottrell (SBN 166977)
   David C. Leimbach (SBN 265409)
2  SCHNEIDER WALLACE
   COTTRELL KONECKY
3  WOTKYNS LLP
   2000 Powell Street, Suite 1400
4  Emeryville, California 94608
   Telephone: (415) 421-7100
5  Facsimile:  (415) 421-7105

6  Attorneys for Plaintiff and the Putative Class

7
                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 DEMARIO MCMILLIAN, individually and      Case No.:  3:17-cv-03354-JSC
   on behalf of all others similarly situated,
11                                           STIPULATION TO:
          Plaintiff,
12                                              (1) DISMISS PLAINTIFF'S
          vs.                                       INDIVIDUAL CLAIMS WITH
13                                                  PREJUDICE;
   OVERTON SECURITY SERVICES, INC.,          (2) DISMISS THE CLASS AND
14                                                  COLLECTIVE CLAIMS WITHOUT
          Defendant.                                PREJUDICE; AND
15                                              (3) REMAND PLAINTIFF'S PRIVATE
                                                    ATTORNEY GENERAL ACT
16                                                  CLAIMS TO CALIFORNIA
                                                    SUPERIOR COURT
17

18                                           [PROPOSED] ORDER THEREON
19

20

21                               STIPULATION

22       It is hereby stipulated by and between Plaintiff Demario McMillian, on behalf of the

23 proposed Class and Collective ("Plaintiff") and Defendant Overton Security Services, Inc.

24 ("Defendant") as follows:

25       WHEREAS, on April 14, 2017, Plaintiff filed suit in Alameda County Superior Court, Case

26 Number RG17856742, before the Honorable Judge Seligman;

27

28

WHEREAS, on June 7, 2017, and pursuant to the stipulation of the parties, the court dismissed the action without prejudice;

WHEREAS, on June 9, 2017, Plaintiff filed a Class and Collective action Complaint in the Northern District of California (ECF 1);

WHEREAS, on December 20, 2017, Defendant filed a motion to compel Plaintiff's individual claims to arbitration and, through that motion, sought to enforce a class action waiver and dismiss the putative class claims without prejudice, or, in the alternative, stay proceedings until the United States Supreme Court issued a decision in *Ernst & Young, LLP v. Morris*, 137 S. Ct. 809, 196 L. Ed. 2d 595 (2017) (ECF 35);

WHEREAS, on January 25, 2018, the Court stayed these proceedings pending a decision in *Morris*;

WHEREAS, in light of the *Morris* decision, the parties have extensively met and conferred on how the case should proceed;

WHEREAS, the parties hereby stipulate to dismiss all of Plaintiff's individual claims falling under counts one (1) through nine (9) **with prejudice**;

WHEREAS, the parties hereby stipulate to dismiss all putative class and collective claims falling under counts one (1) through nine (9) **without prejudice**;

WHEREAS, once all individual and collective claims under count one (1) are dismissed, the parties agree that the Court does not have subject matter jurisdiction over the remaining claims (courts ten (10) and eleven (11));

WHEREAS, the parties stipulate and agree that Plaintiff's claims under the Private Attorneys General Act, §§ 2699(a) (Count ten (10)) and 2699 (f) (Count eleven (11)), should be remanded to Alameda County Superior Court;

NOW THEREFORE, the parties hereby stipulate and request that the Court:

(1) Dismiss all of Plaintiff's individual claims falling under counts one (1) through nine (9) **with prejudice**;

(2) Dismiss all putative class and collective claims falling under counts one (1) through nine (9) **without prejudice**; and

(3) Remand Plaintiff's claims under the Private Attorneys General Act, §§ 2699(a) (Count ten (10)) and 2699 (f) (Count eleven (11)), to Alameda County Superior Court, before Judge Brad Seligman, with the parties to bear their own attorneys' fees and costs with respect to the remand of this matter pursuant to this stipulation and order.

IT IS SO STIPULATED.


Dated: November 13, 2018                    Respectfully submitted,


                                            /s/ *Carolyn H. Cottrell*
                                            Carolyn H. Cottrell
                                            David C. Leimbach
                                            SCHNEIDER WALLACE
                                            COTTRELL KONECKY
                                            WOTKYNS LLP

                                            Attorneys for Plaintiff and the Putative Class


Dated: November 13, 2018                    /s/ *Kevin R. Mintz*
                                            Kevin R. Mintz
                                            RANKIN, SPROAT, MIRES, REYNOLDS,
                                            SHUEY & MINTZ

                                            Attorneys for Defendant,
                                            Overton Security Services, Inc.

1

2                                    **[~~PROPOSED~~] ORDER**

3        Based on the stipulation of the parties and for good cause shown, the Court ORDERS as
 follows:

4

5              (1) Plaintiff's individual claims falling under counts one (1) through nine (9) are

6                   **dismissed with prejudice**;

7              (2) The putative class and collective claims falling under counts one (1) through nine

8                   (9) are **dismissed without prejudice**; and

9              (3) Plaintiff's remaining claims under the Private Attorneys General Act, §§ 2699(a)

10                  (Count ten (10)) and 2699 (f) (Count eleven (11)), are hereby REMANDED to

11                  Alameda County Superior Court, before Judge Brad Seligman. The parties will bear

12                  their own attorneys' fees and costs.

13

14  IT IS SO ORDERED.

15

16  Dated: _November 15, 2018_____

17                                                                _Jacqueline Scott Corley_____
                                                                 JACQUELINE SCOTT CORLEY
18                                                               United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28